No. 03–1175. VALLEY DRUG CO. ET AL. v. GENEVA PHARMACEUTICALS, INC.; and
No. 03–1178. WALGREEN CO. ET AL. v. ABBOTT LABORATORIES ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR

took no part in the consideration or decision of these petitions. Reported below: 344 F. 3d 1294.